434 F.2d 1037
 Ernest A. HINGLE, Plaintiff-Appellant,
v.
Chalin O. PEREZ et al., Defendants-Appellees.
 No. 29932 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 November 4, 1970.
 
 Appeal from the United States District Court for the Eastern District of Louisiana at New Orleans; Alvin B. Rubin, Judge.
 Benjamin E. Smith, of Smith & Scheuermann, New Orleans, La., for appellant.
 Sidney W. Provensal, Jr., Marcel Livaudais Jr., of Provensal & Fitzmaurice, New Orleans, La., for appellees.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the opinion of the District Court. Hingle v. Perez, 312 F. Supp. 127 (E.D.La.1970).
 
 
 2
 Affirmed.
 
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I